**No. 10-965. City of Loveland, Ohio, Petitioner v. Board of Commissioners of Hamilton County, Ohio, et al.**

563 U.S. 974, 131 S. Ct. 2897, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3385.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 621 F.3d 465.

**No. 10-975. Suzanne Duong Bonds, Petitioner v. 143 Nenue Holdings, LLC, et al.**

563 U.S. 974, 131 S. Ct. 2874, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3446.

May 2, 2011. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 123 Hawaii 292, 231 P.3d 1009.

**No. 10-979. Florida Department of Agriculture and Consumer Services, et al., Petitioners v. Toby Bogorff, et al.**

563 U.S. 974, 131 S. Ct. 2874, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3408.

May 2, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 35 So. 3d 84.

**No. 10-1034. Catholic League for Religious and Civil Rights, et al., Peti-**tioners v. City and County of San Francisco, California, et al.**

563 U.S. 974, 131 S. Ct. 2875, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3451.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 1043.

**No. 10-1053. Isolina Picon, Petitioner v. Peter A. Benson, et al.**

563 U.S. 974, 131 S. Ct. 2875, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3443.

May 2, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 185 Cal. App. 4th 1179, 111 Cal. Rptr. 3d 27.

**No. 10-1054. City of Cincinnati, Ohio, et al., Petitioners v. Mark Miller, et al.**

563 U.S. 974, 131 S. Ct. 2875, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3456.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 622 F.3d 524.